United States Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERNA L. CUMMINGS, | ) |
| Plaintiff, | ) CIVIL NO. 05-5263FDB )  |
| vs. | ) ORDER ALLOWING FILING OF OVER ) LENGTH BRIEF |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Stipulated Motion to File Over Length Brief, it is hereby

ORDERED that Plaintiff is allowed to file an over length Opening Brief totaling 25 pages and Defendant is also allowed to file an over length brief of equal length.

Dated this 29TH day of June, 2005.

    s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER ALLOWING FILING OF OVER LENGTH
BRIEF [05-5263FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER ALLOWING FILING OF OVERLENGTH BRIEF [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055