United States Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERNA L. CUMMINGS, ) | |
| ) | CIVIL NO. 05-5263FDB |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME TO |
| vs. ) | FILE REPLY BRIEF |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Stipulation for Extension of Time to File Reply Brief, it is hereby

ORDERED that Plaintiff shall have to and including September 9, 2005, to file Plaintiff's Reply Brief.

Dated this 15th day of August, 2005.

    s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:


S/Amy Gilbrough
Amy Gilbrough


ORDER FOR EXTENSION OF TIME
TO FILE REPLY BRIEF – [05-5263FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE REPLY BRIEF – [05-5263FDB] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055