UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERNA CUMMINGS,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C05-5263FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

  (1) the Court adopts the Report and Recommendation;

  (2) the ALJ erred in his decision as described in the report;

  (3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

  (4) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

  DATED this 1st day of March 2006.

                 _____
                 FRANKLIN D. BURGESS
                 UNITED STATES DISTRICT JUDGE